UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

UNITED STATES OF AMERICA         :    Crim. No. 3:17CR00264(AWT)

v.                               :

JASON CHEN                       :    December 6, 2017

---------------------------------------------------------------x

### FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY

This matter was referred to the undersigned by Judge Alvin W. Thompson, and a hearing was conducted, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to waive indictment and enter a plea of "Guilty" to Counts and One and Two of an Information. Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement; I find the following:

- that the defendant is competent to plead;

- that he understands the charges against him;

- that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with his current counsel;

- that he understands his right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

- that he knows the maximum possible terms of imprisonment and supervised release terms, and the maximum potential fine that could be imposed;

- that he knows the mandatory minimum term of supervised release that applies to Count One;

- that he knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that any factual disputes at sentencing will be resolved by the Judge by a preponderance of the evidence;

- that he understands the immigration consequences and the other collateral consequences of a felony conviction;

- that he understands the forfeiture agreement into which he has entered;

- that he knows he will not be permitted to withdraw his plea of guilty if the sentence imposed is other than he anticipates;

- that he understands his right to appeal, and that his limited waiver of that right is made knowingly and of his own free will;

- that there is a factual basis for the defendant's plea, including the information set forth in the stipulation of offense conduct; and

- that the defendant's waivers of rights and pleas of guilty have been knowingly and voluntarily made and not coerced.

Accordingly, I hereby **RECOMMEND** that the defendant's plea of guilty be accepted.

Dated this 6th day of December, 2017, at New Haven, Connecticut.

/s/ Sarah A. L. Merriam, USMJ
Sarah A. L. Merriam
United States Magistrate Judge